[No. 42001-5-II.   Division Two.   January 23, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY JOSEPH PASCUZZI, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 09-1-01348-9, John P. Wulle, J., entered April 13, 2011. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, C.J., and Penoyar, J.

[No. 42079-1-II.   Division Two.   January 23, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. COURTNEY LAMAR JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-03448-1, Brian M. Tollefson, J., entered April 28, 2011. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 42138-1-II.   Division Two.   January 23, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC C. RUSSELL, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 10-1-00199-9, Amber L. Finlay, J., entered May 16, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Bridgewater, J. Pro Tem., concurred in by Johanson, A.C.J., and Penoyar, J.